UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

                Claim Number C-105001490
                Case Number: 1:06-CV-10592
                Hon. David M. Lawson

CONNIE J. BRAUN
        Defendant.
_____/

## CONSENT JUDGMENT

It appearing to this Court that the parties hereto have agreed to resolve the litigation pending between them, and they have stipulated to the entry of the within Consent Judgment;

**IT IS ORDERED** that Judgment is hereby entered in favor of the UNITED STATES OF AMERICA, and against CONNIE J. BRAUN, in the amount of $35,673.21, plus post-judgment interest pursuant to 28 U.S.C. 1087.

**IT IS FURTHER ORDERED** that the Defendant herein, CONNIE J. BRAUN, shall have ninety (90) days from the date of this Consent Judgment to satisfy said Judgment in full. During said ninety (90) day period, no process shall issue for the enforcement of the Judgment.

**IT IS FURTHER ORDERED** that should Defendant fail to satisfy this Judgment in full within said ninety (90) day period, Plaintiff may issue any process for the enforcement of this Judgment.

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated: May 23, 2006

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 23, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS